# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

RECEIVED

2024 MAR 20 AM 10: 48

CLERK U.S. DIST. COURT
WEST DIST. OF MO
KANSAS CITY. MO

_ALFRED B. KESSELBETH_ )
**Plaintiff** )
)
vs. ) Case No. _4:24-CV-199-GAF_
_Liberty Hospital_ )
**Defendant** )
)

## APPLICATION FOR LEAVE TO FILE ACTION
## WITHOUT PAYMENT OF FEES
## WITH AFFIDAVIT OF FINANCIAL STATUS IN SUPPORT

I state that I am unable to pay the fees to file an action against the defendant(s) in this case and

that the actions of the defendant(s) have harmed me.

Attached is my Affidavit of Financial Status in support of my application to the court for

leave to file a civil action without payment of costs.

_____
**Plaintiff**